# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**TOWN & COUNTRY SALIDA, INC.**

       Plaintiff/Counter-Defendant,           Case No. 2:11-cv-15430
                                             Hon. Lawrence P. Zatkoff

v.

**DEALER COMPUTER SERVICES, INC.,**
f/k/a **FORD DEALER COMPUTER
SERVICES, INC.**

       Defendant/Counter-Plaintiff,

and

**DEALER COMPUTER SERVICES, INC.,**
f/k/a **FORD DEALER COMPUTER
SERVICES, INC.**

       Third-Party Plaintiff,

v.

**TOWN & COUNTRY AUTOPLEX-GUNNISON, INC.
a/k/a TOWN & COUNTRY GUNNISON, INC.**

       Third-Party Defendant.

_____/

## JUDGMENT AS TO TOWN & COUNTRY AUTOPLEX-GUNNISON

       This Court having issued an Order on May 31, 2012, granting DCS's Motion to Confirm

Arbitration Award as it relates to Town & Country Autoplex-Gunnison only (ECF #27);

       IT IS HEREBY ORDERED that a final judgment on the Arbitration Award shall be entered

against Town & Country Autoplex-Gunnison in this case;

       IT IS FURTHER ORDERED that Dealer Computer Services, Inc. take Judgment against

Town & Country Autoplex-Gunnison in the amount of $1,255,378.95 in damages for breach of

contract, $31,593.00 for reasonable and necessary attorney's fees, $41,600.43 for arbitration fees and expenses, and judgment interest of 2.695% from March 26, 2009, until the award is paid in full.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
Hon. Lawrence P. Zatkoff
U.S. District Judge

Date:  September 17, 2012